HD

Rcv'd by: AN

USDC- BALTIMORE
'24 FEB 5 PM 3:08

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BENEDICT EMESOWUM <br><br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br><br> -against- <br><br> NATIONAL SECURITY AGENCY, PAULA A. GILL <br><br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | **Complaint for a Civil Case** <br><br> Case No. BAH 24 CV 0360 <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial:  ☐ Yes  ☐ No <br> *(check one)* |

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | BENEDICT EMESOWUM |
   | Street Address | 6030 MARSHALEE DR, STE M167 |
   | City and County | ELKRIDGE, HOWARD |
   | State and Zip Code | MARYLAND, 21075 |
   | Telephone Number | |
   | E-mail Address | |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1

   | | |
   |---|---|
   | Name | NATIONAL SECURITY AGENCY |
   | Job or Title (if known) | |
   | Street Address | 9800 SAVAGE ROAD, STE 6932 |
   | City and County | FORT GEORGE G. MEADE, ANNE ARUNDEL |
   | State and Zip Code | MARYLAND, 20755-6932 |
   | Telephone Number | 3016886527 |
   | E-mail Address (if known) | |

2

Defendant No. 2

| | |
|---|---|
| Name | PAULA A. GILL |
| Job or Title (if known) | CHIEF FOIA |
| Street Address | 8601 ADELPHI RD |
| City and County | COLLEGE PARK, PRINCE GEORGE'S COUNTY |
| State and Zip Code | MARYLAND, 20740 |
| Telephone Number | 8776846448 |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

■ Federal question    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

**FREEDOM OF INFORMATION ACT, 5 USC 552 et seq (1966).**

_____

_____

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* National Security Agency, is a citizen of the State of *(name)* Maryland. *Or* is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

   The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

   PUNITIVE DAMAGES EXCEEDING $75000

5

### III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On May 19th, 2023 Plaintiff wrote to the National Security Agency (NSA) requesting documents and a video for a two-hour time period that occurred on May 09, 2023. Attached is exhibit 1 of the original FOIA request. Defendants of which Paula Gill is in charge have been grossly obstructive of the rights and privileges of plaintiff that are statutorily protected in the FOIA act of 1966. Plaintiff has written, emailed, and called the defendants about fulfilling his FOIA request to no avail. They have intentionally neglected their duties to fulfill his FOIA request to obstruct their actions and continuously infringe on Plaintiff right.

Defendants are required by statutory law to fulfill the FOIA request within 30 days. It has reached 9 months and is yet to be fulfilled. Defendants did not even make their first response to acknowledge receipt of the request within 30 days.

Plaintiff has now been forced to expend time and energy litigating a matter that should be statutorily protected and this court must deter the defendants and any other agency from engaging in such unscrupulous behaviors by imposing punitive damages to protect a right that is vital to American democracy and vital to justice.

No one is above the law, whether it be the National Security Agency nor Paula Gill. A speedy review of this action is required to avoid further obstruction of justice and rectify the ongoing wrong by defendants.

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Plaintiff seeks that all documents requested in his original FOIA request be released immediately:

1.) On May 9, 2023, at entry MD41, between 12:00pm and 2:00pm: a) Video record of vehicles that arrived at that gate entrance and any detentions/arrests that occurred at that entrance. b) The total number tickets issued at all entrances to the fort in the past 12 months. c) The total number of rejections to entry at all entrances for the past 12 months from May 09, 2022. 2.)Punitive damages exceeding $75000 for their blatant obstruction.

BENEDICT EMESOWUM    02/05/2024